THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Keith Staple, Appellant.
 
 
 

Appeal From Beaufort County
Steven H. John, Circuit Court Judge

Unpublished Opinion No. 2011-UP-207
Submitted May 1, 2011  Filed May 4, 2011   

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of
 Columbia; and Solicitor Issac McDuffie Stone, III, of Beaufort, for Respondent.
 
 
 

PER CURIAM:  Keith Staple appeals his convictions for trafficking in cocaine, arguing his guilty plea did not comply with the mandates set forth
in Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsel's brief pursuant to Anders v. California, 386
U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED. 
HUFF, WILLIAMS, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.